## RECONSIDERATION OF PRIOR DECISIONS

**2002–0173.   Brown v. Thomas Asphalt Paving Co.**

Portage App. No. 2000–P–0098, 2001-Ohio-8721. Reported at 95 Ohio St.3d 1440, 2002-Ohio-2110, 767 N.E.2d 272. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.